FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 FEB -8 PM 2:55
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA AND DUBLIN DIVISIONS

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 1:15-cv-128, Daniels |
| | ) | 1:13-cr-274, Daniels |
| LEAVE OF ABSENCE REQUEST | ) | 1:15-cv-134, Castillo |
| | ) | 1:13-cr-199, Castillo |
| | ) | 1:14-cr-059, Castillo |
| NANCY C. GREENWOOD | ) | 1:15-cv-175, Stevens |
| March 8 through 11, 2016 and | ) | 1:07-cr-030, Stevens |
| April 29 through May 2, 2016 | ) | |
| | ) | |
| | ) | |
| | ) | 3:15-cv-055, Burroughs |
| | ) | 3:13-cr-006, Burroughs |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Nancy C. Greenwood for March 8 through 11, 2016, and April 29 through May 2, 2016, to attend a conference outside of the district and for vacation, the same is hereby GRANTED.

This 8th day of February, 2016.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA